MINUTE ENTRY
MILAZZO, J.
November 15, 2018

JS-10: 02:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| THIS DOCUMENT RELATES TO ) | | |
| ALL CASES LISTED | | |

### MINUTE ENTRY

On November 15, 2018, the Court held a general status conference and a show cause hearing. Participants appeared in person, as listed on the attached attendee sign-in sheet, as well as by telephone.

    Court Reporter:    Cathy Pepper

    Law Clerk:    Samantha Schott

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled the "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Declarations," with the exception of Lindsey Rosso, 2:18-cv-04802, for reasons stated on the record, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 18-00340    Kathryn Arthur
- 17-16934    Francine Smith

- 17-15586    Linda Ellis
- 17-16031    Brenda Lievers
- 17-15685    Faustyne Oliver
- 17-15675    Latasha Sloan
- 17-13790    Alma Johnson
- 17-13736    Patricia McCarter
- 17-13785    Cassandra Washington
- 18-02576    Katy Carroll
- 18-02496    Margaret Hogan
- 18-02162    Gloria Johnson-Pierre
- 18-04490    Sharron Woods
- 18-00280    Debby Benton
- 18-04449    Joyce Money
- 18-04453    Joan Seymour
- 18-04455    Elizabeth Vanasse
- 17-16413    Linda S. Smith
- 17-15843    Sylvia Deters
- 17-16295    Florence Foster
- 17-16303    Gail Hall
- 17-16306    Jill Hart-Bertulis
- 17-16336    Lori Huston
- 17-16341    Tanya Lyda
- 17-15904    Geneva Martin
- 17-16417    Heather Staub
- 17-16418    Claudia Thomas
- 17-16423    Lilia Trevino-Cota
- 17-16426    Lisa Turner
- 17-13824    Fleeta Beattie
- 16-16778    Betty Burns
- 17-15396    Sabrina Hernandez
- 17-09677    Lillian Borgardt
- 16-17069    Gloria Buford
- 16-17178    Angela Burns-Holloway (Duplicate case pending)
- 18-01883    Angela Burns-Holloway (Duplicate case pending)
- 16-17944    Rena Diggs
- 18-02260    Ruscel Dudley
- 17-17046    Inez Finger
- 17-08564    Kim Frankenberg
- 18-02179    Beatrice Gipson
- 18-02805    Beatrice Gipson
- 18-01453    Denese Glenn
- 18-04208    Denese Glenn
- 17-13716    Sheryl Green
- 18-01216    Shirley Grissom-Jones

2

- 17-13715    Christine Hagenburger
- 17-18011    Valerie Hall
- 18-01551    Marilyn Hill
- 18-02631    Susan Hill-Bing
- 18-02195    Jamie Kelly
- 18-02931    Maria Lemons
- 18-02872    Sylvia Lopez
- 18-01559    Labertha Mason
- 18-01561    Joann Matthews
- 17-09012    Edna Oliver
- 18-01522    Lillie Ramsey
- 17-07120    Virginia Rosa
- 18-02287    Carol Shilling
- 16-17224    Shirley Small
- 18-02938    Joan Steinhoff
- 18-01902    Gloria Stocks
- 16-17182    Vanessa Truehill
- 17-16653    Sharon Vaughn
- 17-13025    Brenda Wise
- 18-02323    Tida Yonker

*[signature]*

| Last Name | First Name | MDL Docket No. | Defendant List | Date Filed | Docket No. | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| Allred | Linda | 2:18-cv-02602 | Sanofi | 11/9/2018 | 5088 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Appleby | Tina | 2:18-cv-00102 | Sanofi | 11/7/2018 | 4968 | scott@verhine.biz<br>Verhine & Verhine PLLC<br>(601) 636-0791<br><br>mschumacher@prslegal.com<br>srandall@prslegal.com<br>Pearson, Randall & Schumacher PA<br>(612) 767-7500 |
| Arledge | Tina | 2:17-cv-13481 | Sanofi | 11/12/2018 | 5195 | Niemeyer, Grebel & Kruse<br>(314) 241-1919<br>niemeyer@ngklawfirm.com |
| Avist | Yolanda | 2:17-cv-16232 | Sanofi | 11/12/2018 | 5215 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Bedwell | Kay | 2:18-cv-02863 | sanofi and 505 | 11/9/2018 | 5087 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Beyer | Patricia | 2:17-cv-17975 | Sanofi | 11/9/2018 | 5092 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Blake | Barbara | 2:18-cv-02325 | Sanofi | 11/9/2018 | 5080 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Boller | Edyth | 2:17-cv-17153 | sanofi and 505 | 11/8/2018 | 4982 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Borders | Susanne | 2:18-cv-02865 | sanofi and 505 | 11/12/2018 | 5214 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Brown | Carol | 2:17-cv-16792 | sanofi and 505 | 11/12/2018 | 5199 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Burdic | Rose | 2:18-cv-04045 | Sanofi | 11/9/2018 | 5031 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Burzynski | Margaret | 2:18-cv-01320 | Sanofi | 11/9/2018 | 5089 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Bynum | Debra | 2:18-cv-02495 | Sanofi | 11/9/2018 | 5021 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Cawthon | Connie | 2:18-cv-01323 | Sanofi | 11/9/2018 | 5082 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Clark | Rose | 2:17-cv-16726 | Sanofi | 11/9/2018 | 5093 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Cochran | Judi | 2:17-cv-11316 | Sanofi | 11/9/2018 | 5119 | Fernelius Simon PLLC<br>(713) 654-1200<br>ryan.perdue@trialattorneytx.com |
| Combs | Kristine | 2:17-cv-17185 | 505 | 8/20/2018 | 3843 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Dinitto | Joanne | 2:18-cv-04247 | Sanofi | 11/9/2018 | 5024 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Dollard | Maria | 2:18-cv-02029 | Sanofi | 11/8/2018 | 4984 | Johnson Law Group<br>(713) 626-9336<br>awhite@johnsonlawgroup.com |
| Dominguez | Norma | 2:17-cv-16945 | sanofi and 505 | 11/12/2018 | 5210 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Drosen | Andrea | 2:18-cv-01543 | sanofi and 505 | 11/12/2018 | 5196 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Echols | Kaci | 2:17-cv-14851 | Sanofi | 11/12/2018 | 5160 | Carey Danis & Lowe<br>(314) 725-7700<br>sdoles@careydanis.com |
| Edwards | Donna | 2:17-cv-17205 | sanofi and 505 | 11/8/2018 | 4987 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |

# EXHIBIT A

| Last Name | First Name | MDL Docket No. | Defendant List | Date Filed | Docket No. | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| Ennis | Betty | 2:17-cv-17200 | sanofi and 505 | 11/8/2018 | 4979 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Felipe | Blanca | 2:17-cv-16724 | Sanofi | 10/30/2018 | 4805 | Brent Coon & Associates<br>Brent@bcoonlaw.com<br>Eric_Newell@bcoonlaw.com<br>(409) 835-2666 |
| Gonzalez | Joanna | 2:17-cv-17196 | sanofi and 505 | 11/8/2018 | 4999 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Gordon | Maxine | 2:17-cv-17002 | Sanofi | 11/9/2018 | 5090 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Green | Cynthia | 2:18-cv-03998 | Sanofi | 11/9/2018 | 5020 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Green | Lisa | 2:18-cv-01454 | 505 | 11/12/2018 | 5204 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Grennier | Brenda | 2:18-cv-01455 | sanofi and 505 | 11/12/2018 | 5197 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Hammonds | Diane | 2:18-cv-03112 | Sanofi | 11/12/2018 | 5061 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Hancock | Mary | 2:18-cv-02183 | sanofi and 505 | 11/12/2018 | 5208 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Harris | Felicia | 2:17-cv-15161 | Sanofi | 11/13/2018 | 5224 | Carey Danis & Lowe<br>(314) 725-7700<br>sdoles@careydanis.com |
| Herrington | Brandie | 2:17-cv-13922 | Sanofi | 9/12/2018 | 4135 | Whitfield Bryson & Mason LLP<br>dan@wbmllp.com<br>hunter@wbmllp.com<br>(919) 600-4984 |
| Holdridge | Jullianne | 2:18-cv-04604 | Sanofi | 11/9/2018 | 5025 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Jackson | Ginger | 2:18-cv-02929 | Sanofi | 11/9/2018 | 5085 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Jackson | Sandra | 2:17-cv-15920 | Sanofi | 11/8/2018 | 4991 | Pulaski Law Firm, PLLC<br>llmacchia@pulaskilawfirm.com<br>adam@pulaskilawfirm.com<br>(713) 664-4555 |
| James | Shirley | 2:17-cv-16897 | Sanofi | 11/8/2018 | 5006 | Cutter Law PC<br>bcutter@cutterlaw.com<br>jdomer@cutterlaw.com<br>(916) 290-9400 |
| Kafkes | Lynne | 2:17-cv-12872 | Sanofi | 11/8/2018 | 4985 | Johnson Law Group<br>awhite@johnsonlawgroup.com<br>rpartha@johnsonlawgroup.com<br>(713) 626-9336 |
| Karns | Kathryn | 2:17-cv-08830 | Sanofi | 11/9/2018 | 5086 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Kelly | Kathleen | 2:17-cv-17212 | 505 | 11/8/2018 | 4986 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Kotoris | Anita | 2:18-cv-02636 | Sanofi | 11/9/2018 | 5079 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Langley | Diana | 2:18-cv-04062 | Sanofi | 11/9/2018 | 5023 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Lee | Vivian | 2:18-cv-02930 | Sanofi | 11/9/2018 | 5095 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |

| Last Name | First Name | MDL Docket No. | Defendant List | Date Filed | Docket No. | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| Leonard | Mary | 2:17-cv-13466 | Sanofi | 11/9/2018 | 5027 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| Lopez | Alice | 2:17-cv-16630 | Sanofi | 11/14/2018 | 5238 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net |
| Loving | Nancy | 2:18-cv-04518 | Sanofi | 11/12/2018 | 5163 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| Lujan | Laura | 2:17-cv-16009 | Sanofi | 11/8/2018 | 5001 | The Simon Law Firm, PC (314) 241-2929 |
| Main | Margaret | 2:18-cv-01387 | 505 | 11/12/2018 | 5205 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net |
| Mannina | Linda | 2:17-cv-17214 | sanofi and 505 | 11/8/2018 | 4975 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| Manzo | Rose | 2:17-cv-12766 | Sanofi | 11/9/2018 | 5032 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| Martin | Sharon | 2:17-cv-13536 | Sanofi | 11/9/2018 | 5034 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| McBride | Carol | 2:17-cv-17039 | sanofi and 505 | 11/12/2018 | 5200 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net |
| McCleary | Christina | 2:18-cv-04210 | Sanofi | 11/9/2018 | 5022 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| McGuire | Vera | 2:18-cv-04725 | Sanofi | 11/9/2018 | 5038 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| Means | Yolanda | 2:18-cv-01517 | 505 | 11/12/2018 | 5216 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net |
| Mellentine | Beth | 2:17-cv-12970 | Sanofi | 11/9/2018 | 5017 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| Miller | Nancy | 2:18-cv-03869 | Sanofi | 11/9/2018 | 5029 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| Miller | Shirley | 2:18-cv-01389 | sanofi and 505 | 11/12/2018 | 5213 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net |
| Mitchell | Kimiko | 2:18-cv-03992 | Sanofi | 11/9/2018 | 5026 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| Moku | Deborah | 2:17-cv-16123 | sanofi and 505 | 11/13/2018 | 5223 | Carey Danis & Lowe (314) 725-7700 sdoles@careydanis.com |
| Mont | Diane | 2:18-cv-01391 | sanofi and 505 | 11/12/2018 | 5202 | Bachus & Schanker (303) 893-9800 kyle.bachus@coloradolaw.net |
| Mullins | Sharon | 2:18-cv-03990 | Sanofi | 11/9/2018 | 5036 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| Myers | Gwendolyn | 2:17-cv-15049 | 505 | 11/8/2018 | 4977 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |
| Nash | Arecia | 2:17-cv-07661 | 505 | 9/27/2018 | 4462 | Becnel Law Firm, LLC (985) 536-1186 |
| Nelson | Andrea | 2:18-cv-00726 | Sanofi | 11/7/2018 | 4973 | Reich and Binstock LLP dreich@reichandbinstock.com rbinstock@reichandbinstock.com (713) 622-7271 |

| Last Name | First Name | MDL Docket No. | Defendant List | Date Filed | Docket No. | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| Newman | Cinda | 2:17-cv-16484 | Sanofi | 11/13/2018 | 5225 | Carey Danis & Lowe<br>(314) 725-7700<br>sdoles@careydanis.com |
| Owens | Sheree | 2:18-cv-04592 | Sanofi | 11/9/2018 | 5037 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Page | Chellesting | 2:17-cv-17998 | 505 | 11/12/2018 | 5201 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Parkerson | Sandra | 2:17-cv-13543 | Sanofi | 11/9/2018 | 5033 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Pavic | Sharon | 2:17-cv-17226 | sanofi and 505 | 11/12/2018 | 5157 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Peck | Kimberly | 2:18-cv-01607 | sanofi and 505 | 11/12/2018 | 5203 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Peterson | Sally | 2:17-cv-17712 | Sanofi | 11/9/2018 | 5094 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Price | Brenda | 2:17-cv-16926 | Sanofi | 11/8/2018 | 5000 | Cutter Law PC<br>bcutter@cutterlaw.com<br>jdomer@cutterlaw.com<br>(916) 290-9400 |
| Robinson | Patrina | 2:17-cv-17234 | sanofi and 505 | 11/12/2018 | 5167 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Sanchezlepe | Christine | 2:18-cv-01226 | Sanofi | 11/9/2018 | 5081 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Sargento | Norma | 2:17-cv-07921 | Sanofi | 11/9/2018 | 5091 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Sharits | Alysen | 2:18-cv-02936 | Sanofi | 11/9/2018 | 5078 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Short | Rosalie | 2:18-cv-04010 | Sanofi | 11/9/2018 | 5030 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Simon | Patsy | 2:18-cv-01609 | sanofi and 505 | 11/12/2018 | 5211 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Smith | Earnesstine | 2:18-cv-02683 | Sanofi | 11/9/2018 | 5083 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Smith | Molinda | 2:17-cv-12591 | Sanofi | 11/9/2018 | 5076 | Fernelius Simon PLLC<br>(713) 654-1200<br>ryan.perdue@trialattorneytx.com |
| Smith | Rovenia | 2:18-cv-02213 | sanofi and 505 | 11/12/2018 | 5212 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Sutherland | Martha | 2:17-cv-17220 | sanofi and 505 | 11/8/2018 | 4974 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Tate | Mary | 2:17-cv-12960 | Sanofi | 11/9/2018 | 5028 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Thomas | Anecia | 2:17-cv-10095 | Sanofi | 11/8/2018 | 4983 | Johnson Law Group<br>(713) 626-9336<br>awhite@johnsonlawgroup.com |
| Tracey | Crystal | 2:18-cv-00080 | Sanofi | 11/9/2018 | 5019 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Vasquez | Nellie | 2:17-cv-16728 | sanofi and 505 | 11/12/2018 | 5209 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Wellspost | Sandra | 2:17-cv-15149 | Sanofi | 11/12/2018 | 5166 | Atkins & Markoff<br>dmarkoff@atkinsandmarkoff.com<br>bhanlon@atkinsandmarkoff.com<br>(405) 607-8757 |

| Last Name | First Name | MDL Docket No. | Defendant List | Date Filed | Docket No. | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| Whitaker | Bridgett | 2:18-cv-02214 | sanofi and 505 | 11/12/2018 | 5198 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |
| Williams | Roycecia | 2:17-cv-14560 | Sanofi | 11/9/2018 | 5068 | Jackson Allen & Williams, LLP<br>jwilliams@jacksonallenfirm.com<br>tallen@jacksonallenfirm.com<br>(214) 521-2300 |
| Wilson | Toni | 2:17-cv-16820 | Sanofi | 11/8/2018 | 5002 | The Simon Law Firm, PC<br>(314) 241-2929 |
| Winters | Samara | 2:17-cv-17235 | sanofi and 505 | 11/12/2018 | 5162 | Reich and Binstock LLP<br>dreich@reichandbinstock.com<br>rbinstock@reichandbinstock.com<br>(713) 622-7271 |
| Woods | Fay | 2:17-cv-11832 | Sanofi | 11/9/2018 | 5084 | Bachus & Schanker<br>(303) 893-9800<br>kyle.bachus@coloradolaw.net |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiffs' Counsel | Additional Info |
|---|---|---|---|---|---|---|---|
| 9 | Allen | Cynthia | 2:17-cv-14967 | PFS Not Substantially Complete | Sanofi | Pulaski Law Firm, PLLC | Declaration filed 11/9/18 |
| 26 | Ansah | Doris | 2:17-cv-16473 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi and 505 | Carey Danis & Lowe | Declaration filed 11/12/18 |
| 29 | Argel | Gloria | 2:17-cv-16601 | No PFS Submitted | sanofi and 505 | Atkins & Markoff | Declaration filed 11/9/18 |
| 67 | Bender | Elizabeth | 2:18-cv-02259 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/9/18 |
| 69 | Bennett | Rosetta | 2:17-cv-16614 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/9/18 |
| 79 | Billips | Jacqueline | 2:16-cv-15399 | No Authorizations Uploaded | Sanofi | Morris Bart, LLC | Declaration filed 11/8/18 |
| 89 | Blakes | Sharane | 2:17-cv-14793 | No Authorizations Uploaded | Sanofi | Baron & Budd, PC | Declaration filed 11/9/18 |
| 91 | Blakney | Theresa | 2:17-cv-12167 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | Bachus & Schanker | Declaration filed 11/7/18 |
| 122 | Brown | Annie | 2:16-cv-15437 | No PTO 71A Uploaded; No Authorizations Uploaded | Sanofi | Morris Bart, LLC | Declaration filed 11/8/18 |
| 143 | Burdette | Cathy | 2:18-cv-01442 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/9/18 |
| 155 | Butts | Juslynn | 2:17-cv-14819 | No Authorizations Uploaded | Sanofi | Baron & Budd, PC | Declaration filed 11/9/18 |
| 165 | Canterberry | Cindy | 2:18-cv-02328 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/9/18 |
| 166 | Carlisle Otete | Raemonique | 2:17-cv-13495 | PFS Not Substantially Complete | Sanofi | The Goss Law Firm | Declaration filed 11/9/18 |
| 171 | Carson | Patsy | 2:18-cv-04775 | PFS Not Substantially Complete | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 175 | Carter | Pamela | 2:17-cv-17208 | No PFS Submitted | Sanofi | Lowe Law Group | Declaration filed 11/8/18 |
| 181 | Chandler | Karen | 2:17-cv-15656 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | The Mulligan Law Firm | Declaration filed 11/6/18 |
| 182 | Chaney | Merrilyn | 2:18-cv-02952 | No PFS Submitted | sanofi and 505 | The Goss Law Firm | Declaration filed 11/12/18 |
| 189 | Chase | Mary | 2:16-cv-15307 | No CMO 12A Uploaded; No PTO 71A Uploaded | Sanofi | Johnson Becker | Declaration filed 11/7/18 |
| 190 | Cheatham | Bobbie | 2:17-cv-14221 | PFS Not Substantially Complete | Sanofi | Atkins & Markoff | Declaration filed 11/12/18 |
| 202 | Claywell | Shannon | 2:17-cv-14231 | PFS Not Substantially Complete; No PTO 71A Uploaded; No Authorizations Uploaded | sanofi and 505 | Atkins & Markoff | Declaration filed 11/12/18 |
| 208 | Cole | Mary | 2:17-cv-14318 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | Brown & Crouppen | Declaration filed 11/9/18 |
| 229 | Crawford | Latasha | 2:17-cv-15630 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | Baron & Budd, PC | Declaration filed 11/9/18 |
| 235 | Cunningham | Deborah | 2:17-cv-16172 | PFS Not Substantially Complete | Sanofi | Brent Coon & Associates | Declaration filed 11/14/18 |
| 244 | Davis | Caroline | 2:18-cv-01328 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/9/18 |
| 245 | Davis | Felicia | 2:18-cv-04730 | No PFS Submitted | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 251 | De Jesus | Ivette | 2:18-cv-02927 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/9/18 |
| 262 | Dillard | Elizabeth | 2:17-cv-14337 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | Brown & Crouppen | Declaration filed 11/9/18 |
| 278 | Drechsler | Karen | 2:17-cv-14268 | PFS Not Substantially Complete | Sanofi | Atkins & Markoff | Declaration filed 11/12/18 |

# EXHIBIT B

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiffs' Counsel | Additional Info |
|---|---|---|---|---|---|---|---|
| 297 | Elliott | Iris | 2:17-cv-14364 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | Brown & Crouppen | Declaration filed 11/9/18 |
| 299 | Ellis | Colleen | 2:18-cv-02028 | No PFS Submitted | sanofi and 505 | The Goss Law Firm | Declaration filed 11/12/18 |
| 304 | Ertle | Brenda | 2:17-cv-17203 | PFS Not Substantially Complete | 505 | Reich & Binstock | Declaration filed 11/6/18 |
| 312 | Farley-Panaras | Kathy | 2:17-cv-17746 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/9/18 |
| 324 | Fisher | Cheryl | 2:17-cv-14300 | PFS Not Substantially Complete | Sanofi | Atkins & Markoff | Declaration filed 11/12/18 |
| 325 | Fleming | Betty | 2:17-cv-15239 | PFS Not Substantially Complete | Sanofi | Pulaski Law Firm, PLLC | Declaration filed 11/9/18 |
| 328 | Ford | Deborah | 2:17-cv-12763 | No Authorizations Uploaded | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 343 | Frazier | Barbara | 2:17-cv-10595 | No PFS Submitted | 505 | Bachus & Schanker | Declaration filed 11/9/18 |
| 357 | Gaines | Stacy | 2:18-cv-01452 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/12/18 |
| 390 | Graham | Harriet | 2:18-cv-02009 | No PFS Submitted | 505 | Carey Danis & Lowe | Declaration filed 11/12/18 |
| 409 | Griffin | Janis | 2:17-cv-16877 | No Deficiency Response; PFS Not Substantially Complete | sanofi and 505 | Cutter Law PC | Declaration filed 11/12/18 |
| 440 | Harris | Tracie | 2:17-cv-16805 | No PTO 71A Uploaded; No Authorizations Uploaded | Sanofi | Niemeyer, Grebel & Kruse | Declaration filed 11/12/18 |
| 453 | Headrick | Pennie | 2:18-cv-04609 | No PFS Submitted | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 459 | Henderson | Brenda | 2:17-cv-16999 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/9/18 |
| 464 | Hernandez | Dora | 2:17-cv-15559 | PFS Not Substantially Complete | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 469 | Hess | Carolyn | 2:17-cv-17204 | PFS Not Substantially Complete | Sanofi | Reich & Binstock | Declaration filed 11/6/18 |
| 470 | Hess | Rebecca | 2:18-cv-02871 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/9/18 |
| 474 | Hicks | Cheryl | 2:17-cv-17010 | No Authorizations Uploaded | Sanofi | Niemeyer, Grebel & Kruse | Declaration filed 11/12/18 |
| 481 | Hodge | Candy | 2:17-cv-16105 | PFS Not Substantially Complete | Sanofi | Pulaski Law Firm, PLLC | Declaration filed 11/9/18 |
| 502 | Howard | Bernice | 2:18-cv-01771 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/12/18 |
| 504 | Howell | Wyskanna | 2:17-cv-08501 | No Authorizations Uploaded | Sanofi | Kirtland & Packard, LLP | Declaration filed 11/9/18 |
| 510 | Hughes | Teresa | 2:18-cv-02333 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/9/18 |
| 514 | Hunter | Teresa | 2:18-cv-02514 | No PFS Submitted | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 518 | Ingram | Nicole | 2:17-cv-06224 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi and 505 | Pendley, Baudin & Coffin, L.L.P. | Declaration filed 11/12/18 |
| 522 | Ishida | Anisa | 2:18-cv-04437 | No PFS Submitted | Sanofi | Brent Coon & Associates | Declaration filed 11/14/18 |
| 531 | James | Gladys | 2:18-cv-04887 | PFS Not Substantially Complete | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 535 | Jankowiak | Amy | 2:17-cv-16188 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | The Mulligan Law Firm | Declaration filed 11/6/18 |
| 547 | Johnson | Sherida | 2:17-cv-12952 | No Deficiency Response; PFS Not Substantially Complete | 505 | Reich & Binstock | Declaration filed 11/7/18 |
| 588 | Krake | Michele | 2:17-cv-11202 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | McGartland Law Firm, PLLC | Declaration filed 11/7/18 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiffs' Counsel | Additional Info |
|---|---|---|---|---|---|---|---|
| 603 | Lee | Christy | 2:17-cv-15022 | PFS Not Substantially Complete; No CMO 12A Uploaded; No PTO 71A Uploaded; No Authorizations Uploaded | sanofi and 505 | Baron & Budd, PC | Declaration filed 11/9/18 |
| 616 | Lewis | Linda | 2:18-cv-00095 | No Authorizations Uploaded | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 617 | Lewis | Patsy | 2:17-cv-15407 | PFS Not Substantially Complete | Sanofi | Williams Kherkher Hart Boundas, LLP | Declaration filed 11/5/18 |
| 628 | Long | Julia | 2:17-cv-14931 | PFS Not Substantially Complete | 505 | Atkins & Markoff | Declaration filed 11/12/18 |
| 640 | Lynn | Brenda | 2:17-cv-15941 | PFS Not Substantially Complete | Sanofi | Pulaski Law Firm, PLLC | Declaration filed 11/9/18 |
| 641 | Magee | Linda | 2:17-cv-18004 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/9/18 |
| 649 | Manard | Terri | 2:18-cv-04959 | PFS Not Substantially Complete | sanofi and 505 | Reich & Binstock | Declaration filed 11/7/18 |
| 656 | Markle | Vivian L. | 2:17-cv-17217 | PFS Not Substantially Complete | 505 | Reich & Binstock | Declaration filed 11/7/18 |
| 660 | Martinez | Bella | 2:18-cv-02815 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/9/18 |
| 663 | Mathews | Everll | 2:18-cv-01560 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/9/18 |
| 669 | Matthews | Patricia | 2:18-cv-00311 | PFS Not Substantially Complete | Sanofi | Williams Kherkher Hart Boundas, LLP | Declaration filed 11/5/18 |
| 687 | Mcfarland | Michelle | 2:17-cv-15258 | No Authorizations Uploaded | Sanofi | Baron & Budd, PC | Declaration filed 11/9/18 |
| 695 | McKay | Christlyn | 2:17-cv-11217 | PFS Not Substantially Complete | 505 | McGartland Law Firm, PLLC | Declaration filed 11/7/18 |
| 728 | Mitchell | Deonna | 2:18-cv-02272 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/12/18 |
| 735 | Molinari | Shanina | 2:17-cv-14948 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | Atkins & Markoff | Declaration filed 11/12/18 |
| 746 | Morgan | Beverly | 2:17-cv-17179 | No Authorizations Uploaded | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 751 | Mosher | Marie | 2:18-cv-04598 | No Authorizations Uploaded | Sanofi | McGartland Law Firm, PLLC | Declaration filed 11/7/18 |
| 763 | Nahar | Taia | 2:17-cv-14877 | PFS Not Substantially Complete | Sanofi | Baron & Budd, PC | Declaration filed 11/9/18 |
| 776 | Nelson | Renee | 2:17-cv-11558 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | McGartland Law Firm, PLLC | Declaration filed 11/7/18 |
| 787 | Nolen | Sheri | 2:18-cv-01358 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/9/18 |
| 796 | Oklejwicz | Cindy | 2:17-cv-13248 | No PTO 71A Uploaded; No Authorizations Uploaded | Sanofi | Niemeyer, Grebel & Kruse | Declaration filed 11/12/18 |
| 812 | Paine | Marla | 2:17-cv-13855 | No Authorizations Uploaded | sanofi | Gomez Trial Attorneys | Declaration filed 11/6/18 |
| 814 | Parker | Carolyn | 2:17-cv-14984 | PFS Not Substantially Complete; No CMO 12A Uploaded; No PTO 71A Uploaded; No Authorizations Uploaded | sanofi and 505 | Baron & Budd, PC | Declaration filed 11/9/18 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiffs' Counsel | Additional Info |
|---|---|---|---|---|---|---|---|
| 819 | Parson | Shelby | 2:17-cv-15807 | PFS Not Substantially Complete; No CMO 12A Uploaded; No PTO 71A Uploaded; No Authorizations Uploaded | sanofi and 505 | Baron & Budd, PC | Declaration filed 11/9/18 |
| 848 | Porter | Betty | 2:18-cv-04534 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | Canepa Riedy Abele | Declaration filed 11/9/18 |
| 851 | Powell | Francisca | 2:17-cv-15127 | No PTO 71A Uploaded; No Authorizations Uploaded | Sanofi | Brent Coon & Associates | Declaration filed 11/14/18 |
| 871 | Ray | Edgie | 2:17-cv-16015 | PFS Not Substantially Complete | Sanofi | Pulaski Law Firm, PLLC | Declaration filed 11/9/18 |
| 874 | Reece | Brandi | 2:17-cv-14983 | No PFS Submitted | Sanofi | Atkins & Markoff | Declaration filed 11/12/18 |
| 882 | Rhone | Georena | 2:17-cv-15091 | No CMO 12A Uploaded; No PTO 71A Uploaded | Sanofi | Baron & Budd, PC | Declaration filed 11/9/18 |
| 885 | Richardson | Suna | 2:17-cv-11333 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | McGartland Law Firm, PLLC | Declaration filed 11/7/18 |
| 891 | Rissman | Megan | 2:17-cv-16771 | PFS Not Substantially Complete | Sanofi | Cutter Law PC | Declaration filed 11/12/18 |
| 894 | Roberson | Mary | 2:17-cv-16026 | PFS Not Substantially Complete | Sanofi | Pulaski Law Firm, PLLC | Declaration filed 11/9/18 |
| 895 | Roberts | Joyce | 2:18-cv-01364 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/9/18 |
| 908 | Rolle | Mozella | 2:18-cv-04452 | No PFS Submitted | Sanofi | Brent Coon & Associates | Declaration filed 11/14/18 |
| 910 | Romero-Torres | Lori | 2:17-cv-14998 | No Authorizations Uploaded | Sanofi | Atkins & Markoff | Declaration filed 11/12/18 |
| 913 | Rose | Kathleen | 2:18-cv-03063 | PFS Not Substantially Complete | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 922 | Rosso | Lindsey | 2:18-cv-04802 | No PFS Submitted | Sanofi | Murray Law Firm | Declaration filed 11/7/18 |
| 924 | Ruiz | Amanda | 2:17-cv-15001 | PFS Not Substantially Complete | 505 | Atkins & Markoff | Declaration filed 11/12/18 |
| 944 | Sangalang | Arceli | 2:18-cv-02671 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/9/18 |
| 958 | Scott | Shawna | 2:17-cv-17270 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | Canepa Riedy Abele | Declaration filed 11/9/18 |
| 968 | Sexton | Martha | 2:18-cv-03392 | No PFS Submitted | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 983 | Short | Debra | 2:18-cv-02423 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/12/18 |
| 1010 | Smith | Karen | 2:18-cv-01610 | No PFS Submitted | 505 | Bachus & Schanker | Declaration filed 11/9/18 |
| 1020 | Smith | Tomeka | 2:17-cv-16397 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/9/18 |
| 1037 | Stiles | Makisha | 2:17-cv-15314 | No Deficiency Response; PFS Not Substantially Complete | sanofi and 505 | The Goss Law Firm | Declaration filed 11/9/18 |
| 1040 | Sultrop | Catherine | 2:18-cv-00210 | No Authorizations Uploaded | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 1043 | Sutton | Judi | 2:17-cv-15740 | No Deficiency Response; PFS Not Substantially Complete | 505 | Pulaski Law Firm, PLLC | Declaration filed 11/9/18 |
| 1054 | Taylor | Mary | 2:17-cv-17104 | PFS Not Substantially Complete | Sanofi | Reich & Binstock | Declaration filed 11/7/18 |
| 1063 | Thomas | Dametrica | 2:18-cv-02820 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/12/18 |
| 1067 | Thompson | Melissa | 2:17-cv-17013 | No Authorizations Uploaded | Sanofi | Niemeyer, Grebel & Kruse | Declaration filed 11/12/18 |
| 1071 | Tigner | Tisa | 2:17-cv-16925 | PFS Not Substantially Complete | Sanofi | OnderLaw, LLC | Declaration filed 11/13/18 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiffs' Counsel | Additional Info |
|---|---|---|---|---|---|---|---|
| 1099 | Valladon | Robyn | 2:17-cv-06357 | No CMO 12A Uploaded; No PTO 71A Uploaded | Sanofi | Bruno & Bruno | Declaration filed 11/13/18 |
| 1119 | Wallace | Sandra | 2:17-cv-16917 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/12/18 |
| 1121 | Ward | Lou | 2:18-cv-03712 | No PFS Submitted | Sanofi | Reich & Binstock | Declaration filed 11/14/18 |
| 1143 | Welsh | Kristin | 2:17-cv-09894 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | The Mulligan Law Firm | Declaration filed 11/6/18 |
| 1170 | Williams | Geneva | 2:17-cv-08966 | PFS Not Substantially Complete | Sanofi | Morris Bart, LLC | Declaration filed 11/8/18 |
| 1172 | Williams | Jami | 2:17-cv-15157 | No Authorizations Uploaded | Sanofi | Baron & Budd, PC | Declaration filed 11/9/18 |
| 1178 | Williams | Sheri | 2:18-cv-04460 | No PFS Submitted | Sanofi | Brent Coon & Associates | Declaration filed 11/14/18 |
| 1179 | Williams | Tonia | 2:17-cv-16906 | No PFS Submitted | sanofi and 505 | Bachus & Schanker | Declaration filed 11/12/18 |
| 1187 | Wilson | Linda | 2:17-cv-09011 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/12/18 |
| 1205 | Woolfolk | Hope | 2:17-cv-15721 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations Uploaded | sanofi and 505 | The Mulligan Law Firm | Declaration filed 11/6/18 |
| 1208 | Wright | Mary | 2:17-cv-06280 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/12/18 |
| 1210 | Yancey | Marie | 2:18-cv-00648 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/12/18 |
| 1216 | Zaro-Jose | Julissa | 2:17-cv-15855 | No CMO 12A Uploaded | Sanofi | Finson Law | Declaration filed 11/12/18 |
| 1217 | Zenon | Cheryl | 2:18-cv-01372 | No PFS Submitted | Sanofi | Bachus & Schanker | Declaration filed 11/12/18 |
| **September 27, 2018 Show Cause Hearing Carryover Cases** | | | | | | | |
| 24 | Roberts | Lonia | 2:17-cv-09843 | Not Substantially Complete | Sanofi | Johnson Becker | 11/9/2018 |
| 80 | Jefferson-Sargent | Sonya | 2:17-cv-08795 | Not Substantially Complete | Sanofi | Pendley Baudin | 11/12/2018 |
| 70 | Davis | Jacqueline | 2:17-cv-09058 | No Response to Deficiency Notice; Not Substantially Complete | Sanofi | Pendley Baudin | 11/13/2018 |
| **Not On Non Compliance List** | | | | | | | |
| N/A | Fassett | Jessica | 2:18-cv-08151 | | N/A | Parker Waichman | Declaration filed 11/9/18 |
| N/A | Pollard | Terri | 2:17-cv-15101 | | N/A | Brent Coon & Associates | Declaration filed 11/14/18 |
| N/A | Willis | Diane | 2:17-cv-14633 | | N/A | Cutter Law | Declaration filed 11/12/18 |